**EXHIBIT D**

Claire E. Cochran (SBN 222529)
**LAW OFFICES OF CLAIRE COCHRAN, PC**
100 Pine Street, Ste 1250
San Francisco, CA 94111
Telephone: (415) 580-6019
Email: claire@clairecochranlegal.com

Attorneys for Plaintiff NADINE JARRARD

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

[UNLIMITED JURISDICTION]

| | |
|---|---|
| NADINE JARRARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>G/O MEDIA, INC., a Corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 19STCV32942<br><br>**PLAINTIFF'S NOTICE OF ERRATA REGARDING FILING ADDITION OF GREAT HILLS PARTNERS**<br><br>**Action Filed: September 16, 2019**<br>**Judge: Honorable Yolanda Orozco**<br>**Dept.: 031** |

TO THE COURT AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that PLAINTIFF Nadine Jarrard hereby respectfully request that the Court take notice of the following errata:

    On September 16, 2019, Plaintiff filed her initial pleading with this Court with the addition of an incorrect party. Specifically, Great Hill Partners was inadvertently listed as a party in the caption and through the Complaint. On October 18, 2019, Plaintiff filed a First Amended Complaint which removed all reference to Great Hill Partners as a party.

Dated: October 25, 2019            **LAW OFFICES OF CLAIRE COCHRAN**

                                                              **CLAIRE COCHRAN**
                                                              Attorneys for Plaintiff
                                                              NADINE JARRARD