Michele Ballard Miller (SBN 104198)
 mbmiller@cozen.com
Nicole Herter Perkin (SBN 255152)
 nperkin@cozen.com
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile:  (310) 394-4700

Attorneys for Defendant
G/O MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>G/O MEDIA, INC. a Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:<br><br>**DECLARATION OF KAI FALKENBERG IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO DIVERSITY JURISDICTION UNDER 28 U.S.C. §1441(b)** |

I, Kai Falkenberg, declare as follows:

1. I am currently employed by G/O Media, Inc. ("G/O Media") in the position of General Counsel. I have held this position since September 2019.

2. All of the statements in this Declaration, unless otherwise indicated, are based upon my personal knowledge. If called to do so, I could and would testify competently to the information contained herein.

3. In my position as General Counsel, I am aware that as of September 16, 2019, when the initial Complaint in this case was filed and through the present, G/O Media has been incorporated in the State of Delaware. G/O Media's corporate headquarters are located at 1540 Broadway, 27th Floor, New York, New York, 10036. G/O Media's Chief Executive Officer, Chief Financial Officer, Chief Technology Officer, and General Counsel are located in its New York headquarters. In addition, the following senior leadership positions are also located in New York: Senior Vice President, E-Commerce, Events and Business Development, Senior Vice President, Marketing, and Senior Vice President, Head of People. In my role as General Counsel, I am aware that the executive and senior leadership team located in New York directs and controls the administrative and executive functions crucial to G/O Media's day-to-day operations. In addition, the development of policies which are crucial to G/O Media's nationwide and international operations occurs largely in and emanates from New York.

4.  In my position as General Counsel, I am aware that prior to filing the instant lawsuit, Ms. Jarrard, through her attorney, made a pre-litigation demand to G/O Media as to her claims in this lawsuit, and that such demand was in excess of the $75,000 minimum amount set forth in 28 U.S.C. § 1332(a).

5.  In my position as General Counsel, I have access to and am familiar with the personnel records and other human resources records for G/O Media. These records are maintained in the normal course of business and we rely on them for information regarding the employment status, job positions, termination dates, and pay data of G/O Media's current and former employees.

6.  In preparing this declaration, I have reviewed the personnel records maintained by G/O Media for information relating to Plaintiff Nadine Jarrard. According to such records, Ms. Jarrard worked for G/O Media in Los Angeles and her address on file during her employment was in Los Angeles, California. Based on G/O Media's personnel records, at the time of Ms. Jarrard's resignation in September 2019, she received an annual salary of at least $200,000 per year, not including additional compensation, such as bonuses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of November, 2019 in New York, New York.

_____
Kai Falkenberg