Michele Ballard Miller (SBN 104198)
 *mbmiller@cozen.com*
Nicole Herter Perkin (SBN 255152)
 *nperkin@cozen.com*
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile:  (310) 394-4700

Attorneys for Defendant
G/O MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>G/O MEDIA, INC. a Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:19−cv−09557−JAK−RAO<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Olivia Jaramillo, declare that I am employed at Cozen O'Connor, whose address is 1299 Ocean Avenue, Suite 900, Santa Monica, CA 90401; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**STANDING ORDERS FOR CIVIL CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

<u>**VIA U.S. MAIL**</u>

| | |
|---|---|
| Claire E. Cochran | Plaintiff |
| claire@clairecochranlegal.com | *Nadine Jarrard* |
| Natalie Xifo | |
| **LAW OFFICES OF CLAIRE COCHRAN, PC** | |
| 100 Pine Street, Ste 1250 | |
| San Francisco, CA 94111 | |

**BY MAIL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Cozen O'Connor for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2019, at Santa Monica, California.

*/s/ Olivia Jaramillo*
Olivia Jaramillo