**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR CIVIL CASES**

| Case No.: | 2:19-cv-09557-JAK-RAO |
|---|---|
| Case Name: | Jarrard v. G/O Media, Inc. . |

| Deadlines: | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| **Last Date to Add Parties/Amend Pleadings** | 3.2.2020 | 03/02/2020 | |
| **Non-Expert Discovery Cut-Off** | 8.03.2020 | 08/31/2020 | |
| **Expert Disclosure (Initial)** *(2 weeks after non-expert discovery cut-off)* | 8.17.2020 | 09/14/2020 | |
| **Expert Disclosure (Rebuttal)** *(4 weeks after non-expert discovery cut-off)* | 8.31.2020 | 09/28/2020 | |
| **Expert Discovery Cut-Off** *(6 weeks after non-expert discovery cut-off)* | 9.14.2020 | 10/19/2020 | |
| **Last Date to File All Motions** (incl. discovery motions) *(6 weeks after non-expert discovery cut-off)* | 9.14.2020 | 10/19/2020 | |
| **Settlement Procedure Selection:** *(ADR-12 Form will be completed by Court after scheduling conference)* | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| 1. Magistrate Judge<br>2. Attorney Settlement Officer Panel<br>3. Outside ADR/Non-Judicial (Private) | 3 | 3 | |
| **Last day to conduct settlement conference or mediation** | 5.29.2020 | 07/06/2020 | |
| **Notice of Settlement / Joint Report re Settlement** *(First Friday following last day to conduct settlement conference or mediation)* | 6.5.2020 | 07/10/2020 | |
| **Post Mediation Status Conference** *(10 days after due date to file notice of settlement / joint report re settlement: Mondays at 1:30 pm)* | 6.15.2020 | 07/20/2020 | |

**Note: If necessary, counsel will be invited to submit proposed dates with respect to the final pretrial conference and trial date upon the Court's final ruling on all motions. The trial estimate will be set at the final pretrial conference.**