UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-09557 JAK (RAOx) | Date | March 2, 2020 |
|---|---|---|---|
| Title | Nadine Jarrard v. G/O Media, Inc. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) SCHEDULING ORDER SETTING PRETRIAL DEADLINES (DKT. 11); AND**

**ORDER DISMISSING DOE PARTIES 11-50**

The Court has reviewed the parties' February 18, 2020 Joint Report and sets the following deadlines:

| | |
|---|---|
| March 2, 2020 | Last day to amend or add parties |
| Mach 16, 2020 | Deadline to file joint report regarding agreed upon private neutral. If the parties are not able to agree, the joint report shall include three nominees from each party. A resume and hourly rate for each nominee shall be attached to the joint report. The Court will select a private neutral from the nominees proposed by the parties. |
| June 12, 2020 | Last day to participate in a settlement conference/mediation |
| June 19, 2020 | Last day to file notice of settlement / joint report re settlement |
| June 29, 2020 at 11:30 a.m.: | Post Mediation Status Conference |
| August 31, 2020 | Non-Expert Discovery Cut-Off |
| September 14, 2020 | Initial Expert Disclosures |
| September 28, 2020 | Rebuttal Expert Disclosures |
| October 12, 2020 | Expert Discovery Cut-Off |
| October 19, 2020 | Last day to file All Motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-09557 JAK (RAOx) | Date | March 2, 2020 |
|---|---|---|---|
| Title | Nadine Jarrard v. G/O Media, Inc. et al. | | |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on June 29, 2020, if such notice is filed on or before June 19, 2020. If a notice of settlement is not filed, counsel shall file a joint report by June 19, 2020, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten Doe or fictitiously named parties. Accordingly, the Court hereby dismisses the action as to Doe Defendants 11 through 50.

**IT IS SO ORDERED.**

cc:   Magistrate Judge Oliver

:

Initials of Preparer     cw