Michele Ballard Miller (SBN 104198)
  mbmiller@cozen.com
Nicole Herter Perkin (SBN 255152)
  nperkin@cozen.com
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile:  (310) 394-4700

Attorneys for Defendant
G/O MEDIA, INC.

Claire E. Cochran (SBN 222529)
Kimberly A. Cole (SBN 217780)
**LAW OFFICES OF CLAIRE COCHRAN, PC**
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone: (415) 580-6019
Email: claire@clairecochranlegal.com

Attorneys for Plaintiff
NADINE JARRARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>G/O MEDIA, INC. a Corporation; and<br>DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.: 2:19−cv−09557−JAK−RAO<br><br><br>**JOINT STIPULATION TO CONTINUE TIME FOR SUBMISSION OF JOINT REPORT REGARDING MEDIATOR SELECTION** |

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

1

Plaintiff Nadine Jarrard ("Jarrard") and Defendant G/O Media, Inc. ("Defendant") (collectively, the "Parties") by and through their attorneys of record, STIPULATE and AGREE as follows:

1.     WHEREAS, on March 2, 2020, the Court issued an order setting March 16, 2020, as a deadline to file a joint report regarding the status of the selection of a private neutral for mediation;

2.     WHEREAS, given the current state of affairs in California and the United States with regard to COVID-19, and its impact on both Defendant and Defendant's counsel, Defendant requested additional time in order to provide Plaintiff with its proposed mediators, to which Plaintiff agreed;

Accordingly, it is hereby STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel of record, to request that the Court extend the time for the Parties to submit their joint report regarding the selection of a mediator to Wednesday, March 18, 2020.

Dated:  March 16, 2020                    COZEN O'CONNOR


By:  /s/ Michele Ballard Miller
     Michele Ballard Miller
     Nicole Herter Perkin
     Attorneys for Defendant
     G/O MEDIA, INC.

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

**JOINT STIPULATION TO CONTINUE TIME FOR SUBMISSION OF JOINT REPORT REGARDING MEDIATOR SELECTION - Case No: 2:19−cv−09557−JAK−RAO**

1  Dated:  March 16, 2020

2

3

4                          By:  /s/ Claire E. Cochran

5                              Claire E. Cochran
                               Attorney for Plaintiff
6                              NADINE JARRARD

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE TIME FOR SUBMISSION OF JOINT REPORT REGARDING
MEDIATOR SELECTION - Case No: 2:19−cv−09557−JAK−RAO

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

### <u>Certification of Compliance With Central District Local Rule 5-4.3.4</u>

I hereby certify that pursuant to Central District of California Local Rule 5-4.3.4, I have obtained the authorization from the above signatories representing Plaintiff Nadine Jarrard to file the above-referenced document, and that the above signatories concur in the content of this filing.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


COZEN O'CONNOR


Dated: March 16, 2020          /s/ Michele Ballard Miller
                                              Michele Ballard Miller
                                              Attorneys for Defendant
                                              G/O MEDIA, INC.