Claire E. Cochran (SBN 222529)
Kimberly A. Cole (SBN 217780)
**LAW OFFICES OF CLAIRE COCHRAN, PC**
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone: (415) 580-6019
Email: claire@clairecochranlegal.com

Attorneys for Plaintiff
NADINE JARRARD

Michele Ballard Miller (SBN 104198)
 *mbmiller@cozen.com*
Nicole Herter Perkin (SBN 255152)
 *nperkin@cozen.com*
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile:  (310) 394-4700

Attorneys for Defendant
G/O MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, | No.  2:19-cv-09557-JAK-RAO |
| Plaintiff, | **JOINT STATEMENT REGARDING CHOICE FOR PRIVATE MEDIATION** |
| v. | |
| G/O MEDIA, INC., a Corporation; and DOES 1-50, inclusive | |
| Defendants. | |

Pursuant to the parties' Joint Report filed on February 18, 2020 and this Court's Order dated March 2, 2020, Plaintiff Nadine Jarrard ("Plaintiff") and Defendant G/O Media, Inc. ("Defendant") by and through their undersigned counsel jointly submit this Report regarding proposed mediators, as the Parties have been unable to agree on a proposed mediator:

**Plaintiff's Proposal:**

Plaintiff proposes the following mediators:

- Patricia Gillette, whose daily rate is $7,500; (A true and correct copy of the biography and fee schedule is attached as Exhibit A.)
- Michael Loeb, whose daily rate is $9,000; (A true and correct copy of the biography and fee schedule is attached as Exhibit B.);
- Jill Sperber, whose daily rate is $8,800; (A true and correct copy of the biography and fee agreement is attached as Exhibit C.).

**Defendant's Proposal:**

Defendant proposes the three mediators below:

- **Gig Kyriacou**.  His daily rate is $12,000 per day and his resume is attached to this report as Exhibit D.
- **Steve Cerveris**.  His daily rate is $11,000 per day, and his resume is attached to this report as Exhibit E.
- **Deborah Crandall Saxe**..  Her daily rate is $12,000, and her resume is attached to this report as Exhibit F.

In addition to the above private mediators, Defendant is also willing to engage in a Settlement Conference with Central District Magistrate Judge Maria A. Audero, and proposes the same to the Court.

Dated: March 18, 2020          /s/ Claire E. Cochran
                               Claire E. Cochran
                               Attorney for Plaintiff.
                               NADINE JARRARD


                               COZEN O'CONNOR


Dated: March 18, 2020          /s/ Michele Ballard Miller
                               Michele Ballard. Miller
                               Attorneys for Defendant
                               G/O MEDIA, INC.

### Certification of Compliance With Central District Local Rule 5-4.3.4

I hereby certify that pursuant to Central District of California Local Rule 5-4.3.4, I have obtained the authorization from the above signatories representing Plaintiff Nadine Jarrard to file the above-referenced document, and that the above signatories concur in the content of this filing.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                               COZEN O'CONNOR


Dated: March 18, 2020          /s/ Michele Ballard Miller
                               Michele Ballard Miller
                               Attorneys for Defendant
                               G/O MEDIA, INC.

# EXHIBIT A





# Patricia K. Gillette, Esq.

**Case Manager**

Aimee Hwang
T: 415-774-2607
F: 415-982-5287
Two Embarcadero Center, Suite 1500, San Francisco, CA 94111
ahwang@jamsadr.com

# Biography

**Patricia Gillette, Esq.** joins JAMS as a full-time neutral with many years of experience as a top rated trial lawyer and mediator. When she was in practice, Ms. Gillette focused on all aspects of employment law, including litigation of wrongful discharge and discrimination class actions and individual/multi-plaintiff cases in both state and federal court, representation of employers before administrative agencies, and counseling and training employers on preventive personnel practices.

Ms. Gillette has a reputation for connecting and relating deeply with people.  While she was known as a tough litigator, she is also known for her ability to settle cases.  Her intuitive skills as well as her ability to problem solve give her the ability to see all sides of an issue and to find workable and fair solutions.  She has knack for breaking through the barriers that often impede settlement efforts, by inspiring the parties to think differently about how to realize their goals.

Ms. Gillette is the co-founder of the Opt-In Project, a nationwide initiative focused on changing the structure of law firms to increase the retention and advancement of women in the workplace and has been recognized on several occasions for her contributions to women in the profession.

**ADR Experience and Qualifications**

- Conducted mediation training for Federal and State Court Judges
- Has spoken on mediation at conferences and at bar association meetings
- Began serving as a neutral on a part-time basis in 2015, while a partner at Orrick, Herrington & Sutcliffe

**Representative Matters**

- Discrimination and related claims brought under state and federal laws including claims based on age, race, gender, national origin, sexual orientation, disability, and marital status
- Disparate Impact/Implicit Bias matters
- All types of harassment
- Retaliation
- Statutory Claims brought under state laws such as:
  - California Business & Professions Code §§ 17200, et seq.
  - Family and Medical Leave Act (FMLA)
  - California Family Rights Act (CFRA)
  - California Pregnancy Disability Leave Law (PDL)
  - California Labor Code § 1102.5
- Wrongful Discharge and Related Tort Claims such as
  - Defamation
  - Intentional and Negligent Infliction of Emotional Distress
  - Interference with contractual relation
  - Loss of consortium
  - Invasion of privacy
  - Fraud
- Wrongful termination in violation of public policy
- Attorneys' fees disputes
  - Contract disputes, including those involving:
  - Executive employment contracts
  - Law firm and other partnership agreements
  - Severance pay contracts
  - Release agreements

# Honors, Memberships, and Professional Activities

- Recipient of ABA Golden Hammer Award for promoting diversity in the profession, given by the ABA Law Practice Division and the ABA Women Rainmakers Division
- Recipient of the Fay Stender Award, the highest award given by the California Women Lawyers Association
- Recipient of the San Francisco Bar Association Award of Merit for her work as Co-Chair of the No Glass Ceiling Initiative, 2010
- Recipient of the Transformational Leadership Award as the Top Woman Rainmaker, 2012
- The Recorder's California Labor & Employment Department of the Year, 2013-2014
- The Recorder's California Litigation Department of the Year, 2013-2014
- The Recorder Leading Employment Lawyer, 2012
- Named among "The Best Lawyers in America," Chambers USA, 2005-present
- American Registry's Top 50 Women Attorneys in Northern California
- Daily Journal's Top Labor and Employment Lawyers in California, 2010, 2012
- Named as a Super Lawyer in Employment Law and Litigation, 1994-present
- The International Who's Who of Management Labour and Employment Lawyers

**ADR Profiles**

- "Uncommon Solutions," ADR Profile, *Daily Journal*, May 19, 2017

# Background and Education

- Partner, Orrick, Herrington & Sutcliffe, 2007-2015
- Shareholder, Heller Ehrman, 1989-2007
- Partner, Schachter, Kristoff, 1984-1989
- Head of Personnel Law Section, Bank of America, 1978-1984
- Associate, Littler Mendelson, 1976-1978
- J.D., *cum laude*, University of San Francisco School of Law, 1976

- A.B., Occidental College, 1973

Available nationwide ›

**Disclaimer**

This page is for general information purposes.  JAMS makes no representations or warranties regarding its accuracy or completeness.  Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More

# EXHIBIT B





# Michael J. Loeb

**Case Manager**

Elizabeth Magana
T: 415-774-2649
F: 415-982-5287
Two Embarcadero Center, Suite 1500, San Francisco, CA 94111
emagana@jamsadr.com

# Biography

**Michael J. Loeb** was a labor and employment lawyer for more than 30 years before joining JAMS in March 2006. He has been mediating cases since 1991. Mr. Loeb began his career as a staff attorney for the California Agricultural Labor Relations Board trying unfair labor practice cases. For three decades, he was a "full service" labor and employment lawyer first at Crosby Heafey Roach & May, Oakland (later merged with Reed Smith), and then with McCutchen, Doyle, Brown & Enersen, whose labor and employment law department he led before its merger with Bingham Dana forming Bingham McCutchen in 2002.

# ADR Experience and Qualifications

- Mediated, litigated, and arbitrated virtually every conceivable type of labor, employment and employment benefits dispute in federal and state courts, including wage and hour class actions, wrongful termination, discrimination, harassment and retaliation cases, employment contract disputes, and misappropriation of trade secret cases
- Since 1991, mediated, arbitrated, or served as an early neutral evaluator in more than 1,500 cases, including the following representative matters

# Representative Matters

- **Wage and Hour Class and Individual Actions:**
    - Numerous wage and hour class action and individual cases, involving the alleged misclassification

of employees as exempt or as independent contractors, the failure to provide meal and rest periods, PAGA claims, the failure to distribute tips and service charges, travel time, and off the clock work. Mr. Loeb has mediated class actions involving California, Massachusetts, Florida, Illinois, and Hawaii wage and hour laws and the FLSA. He has also arbitrated, to final award, a wage and hour class action involving more than 7,000 class members.

- **Wrongful Termination:**
  - Executive termination cases involving disputes over whether good cause existed for termination, whether restricted stock and stock options vested, and the valuation of stock options
  - Public sector wrongful termination and whistleblower cases
  - Retaliation lawsuits alleging wrongful termination for engaging in protected activity or opposition to unlawful practices
- **Discrimination Claims:**
  - Age discrimination cases
  - Disability discrimination cases involving alleged wrongful termination, failure to provide reasonable accommodations or engage in the interactive process, and the interplay between workers' compensation, long-term disability, SSDI, and disability discrimination claims
  - National origin discrimination cases and cases involving alleged discrimination based on English only policies
  - Pregnancy and Family Medical Leave/California Family Rights Act discrimination and interference claims involving termination of employees on leave, the failure to grant leaves, and the failure to reinstate employees following the end of leaves
  - Religious discrimination cases resulting from the failure to reasonably accommodate religious beliefs or practices
- **Sexual Harassment:** Individual and multiple plaintiff sexual harassment cases
- **ERISA:**
  - ERISA cases involving alleged breaches of fiduciary duty in the management of trust fund assets
  - ERISA section 510 cases involving alleged discrimination to avoid the vesting of or receipt of benefits
  - ERISA welfare benefit denial cases, primarily involving the denial of long-term disability benefits
- **Trade secret, non-compete, and non-solicitation** disputes
- **Americans with Disabilities Act (non-employment):**
  - Class action claims alleging failure to provide access to disabled students in educational facilities and activities
  - Class action claims involving the alleged lack of access to health care facilities and equipment

# Honors, Memberships, and Professional Activities

- Recognized as a Northern California Super Lawyer, ADR Category, *San Francisco Magazine*, 2005-2009, 2011-2014
- Member, California Commission on Access to Justice, 2005-2009
- State Bar President's Pro Bono Services Award, State Bar of California, 1991
- President, Alameda County Bar Association, 1993; Founder of its Alternative Dispute Resolution (ADR) Program; and Chair, ADR Program Executive Committee
- Speaking engagements include: American Bar Association, Labor and Employment Law Section (mediating wage and hour class actions); National Employment Lawyers Association (NELA) (mediating and arbitrating class actions); Bridgeport Continuing Legal Education (mediating wage and hour class actions, mediating discrimination and wrongful termination cases); State Bar of California's Labor & Employment Section and Practicing Law Institute (presentations on wage and hour developments, arbitrated wage and hour cases and class action litigation); numerous law firm and bar association presentations on mediating employment disputes and wage and hour class actions; presentation to California Employment Lawyer's Association (CELA) (mediating wage and hour class actions)
- Member and Chair, Civil Justice Reform Act Advisory Group of the United States District Court, Northern District of California, 1995-2002 (Appointed by United District Judge Thelton E. Henderson)
- Board member and Chair (15 years), East Bay Community Law Center (formerly the Berkeley Community Law Center), Boalt Hall's largest clinical program and the largest provider of indigent legal services in Alameda County, with 18 staff lawyers serving more than 4,000 clients per year, 1991-present
- "Learning on the Job," ADR Profile, *Daily Journal,* June 29, 2012

# Background and Education

- Bingham McCutchen LLP (formerly McCutchen, Doyle, Brown & Enersen), 1998-2006 (Partner)
- Crosby Heafey Roach & May, Oakland, CA, 1976-1997 (Partner, 1983-1997)
- Attorney, Agricultural Labor Relations Board, 1976 (Staff Attorney)
- J.D., University of California, Hastings College of the Law, 1974 (*Order of the Coif*)
- B.A., Cornell University, 1969

Available nationwide ›

**Disclaimer**

This page is for general information purposes.  JAMS makes no representations or warranties regarding its accuracy or completeness.  Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More

# EXHIBIT C





*Results Beyond Dispute℠*

# Jill R. Sperber, Esq.

For the last several years, Jill Sperber has practiced full-time, as a neutral in the Irell & Manella Alternative Dispute Resolution Center headed by Former U.S. District Court Judge Layn R. Phillips. During this time she served as a mediator, arbitrator, co-mediator and liaison on several arbitration panels. She has played an integral role in the resolution of more than five hundred disputes with settlements ranging from five to ten figures. Relying heavily on her business and legal acumen, she can facilitate creative and equitable resolutions, often restoring the parties' confidence and saving future business relationships. Prior to her work as a neutral, Ms. Sperber litigated high-stakes, complex business disputes for nearly a decade with Cleary Gottlieb Steen & Hamilton and then later with Irell & Manella. Consequently, she appreciates the costs, risks and potential rewards of trying cases. Moreover, having served as law clerk both at the District Court and Ninth Circuit, she is able to gauge how a fact-finder will likely respond to procedural, jurisdictional and factual issues. Her private dispute resolution experience encompasses a wide-variety of commercial disputes including anti-trust, class action, derivative, employment, multi-district litigation, intellectual property, insurance coverage, securities, subprime lending, real estate, and bet the company type matters. Through the use of pre-mediation phone calls and thorough preparation, Ms. Sperber makes sure that the parties get the most out of each session. If for some reason a settlement cannot be achieved in the short run, she tenaciously follows up with counsel and parties, monitors litigation developments, and continues to explore any and all settlement windows. Ms. Sperber commented, "Unlike the parties who have been living with these issues, as the neutral, I am just getting a glimpse into the dispute. As such, my preparation goes beyond review of the parties' submissions and typically includes pre-mediation conferences with counsel and the parties to ensure we all are best prepared for the mediation session."

| | |
|---|---|
| **MEDIATION** | This neutral is available only for cases involving Mediation |
| **LEGAL CAREER & PRIOR EXPERIENCE** | • Neutral, Judicate West (Nationwide 2014-present)<br>• Neutral, Alternative Dispute Resolution Center, Irell & Manella, LLP (Newport Beach, 2010-2014). |
| **EDUCATION & PROFESSIONAL AFFILIATIONS** | • J.D., Columbia Law School, Harlan Fiske Stone Scholar & Columbia Business Law Review (2000).<br>• B.A., University of North Carolina, Chapel Hill (1996). |
| **ADR EXPERIENCE & SPECIALTIES** | Business/Commercial, Construction, Employment, Environmental, Insurance, Intellectual Property, Probate, Professional Malpractice, Real Estate , Tort |
| **ACHIEVEMENTS & AWARDS** | • Social Justice Award, ACLU Foundation of Southern California (2010). |
| **HOBBIES & INTERESTS** | Ms. Sperber enjoys spending time with her husband, two young children, and an active dog, as well as running, biking, hiking, and baking. She is proficient in Spanish. |
| **LOCATIONS** | Orange County, Nationwide |

# EXHIBIT D

# GIG KYRIACOU

**Mediator**
Kyriacou Mediation • 246 North Pass Avenue • Burbank, CA 91505
(818) 861-7100 • www.gigkmediate.com • gigk@mediate.com

## BACKGROUND

As an attorney (since 1984) and as a mediator (since 1995), Gig Kyriacou has been characterized as a "natural problem solver" by his colleagues who encouraged him to enter the field of mediation. Gig has been the driving force in resolving over 6,000 cases, many involving complex and bitterly-contested disputes. Where others have given up, Gig has used his patience, persistence and creativity, to achieve resolutions, many of the "win-win" variety. His strengths include his ability to absorb, analyze and distill complex matters, to deal with difficult parties and to resolve emotionally charged disputes. Gig has been successful in resolving well over 90% of the cases he mediates as a result of his quiet tenacity and his effective use of the process.

In 1984, Gig Kyriacou joined the law firm of Levin, Ballin, Plotkin & Zimring and became a partner five years later. In 1991, he joined the reorganized firm of Plotkin, Marutani & Kyriacou ("PMK"). PMK represented both plaintiffs and defendants in complex civil litigation matters. The dramatic growth of Gig's mediation practice led to the opening of his own offices in 1999. Gig's unique offices located near the Burbank Media District are designed to provide greater facilities for his services.

Gig is very active in the mediation profession. He has served on several influential committees and is a speaker on mediation topics. In 2006 through 2020, Gig has been selected by his peers as one of The Best Lawyers in America and chosen by Los Angeles Magazine to its list of Southern California Super Lawyers. In 2004, 2008 through 2014 Gig was named to the Top Neutrals in the State of California by the Daily Journal, including the Daily Journal's inaugural list of Master Neutrals. In 1999, Gig was the only mediator selected among California Law Business' Top 20 Attorneys under 40. In 2001, he received the Case of the Year Award from L.A. County's Dispute Resolution Program. In 2000, Gig received the Volunteer of the Year Award from the Los Angeles Superior Court.

## EDUCATION

• J.D., University of California, Berkeley School of Law, 1984

• B.A., Univ. of Southern California, 1981 (Phi Beta Kappa, summa cum laude)

## ADR RECOGNITION & EXPERIENCE

• Daily Journal's inaugural list of *Master Neutrals*
• Daily Journal's *Top Neutrals* in California (2004, 2008 through 2014)
• *Best Lawyers in America* (2006-2020)
• Los Angeles Magazine's *Southern California Super Lawyers* (2006-2020)
• California Law *Business' Top Attorneys under 40* (1999)
• Los Angeles County Dispute Resolution Program's *Case of the Year Award* (2001)
• Los Angeles Superior Court's *Volunteer of the Year* (2000)
• Los Angeles County Dispute Resolution Program's *Outstanding Volunteer Award* (2000)

**Past or Current Member**, International Academy of Mediators (Fellow), L.A. Superior Court's ADR Committee and Quality Assurance Subcommittee, L.A. County Bar Dispute Resolution Services (Board Member, Co-Chair DRS Mediation Days Program), Southern California Mediation Association (Past Director & Chair, Courts Committee), CPR International Institute for Conflict Prevention & Resolution (Distinguished Neutrals Panel)

**Author**, *"Get Ready...Attorneys who are well prepared likely to achieve success in mediation"* (Verdicts & Settlements Supplement to the Daily Journal, March 5, 1999); *"Top Ten Tips for Mediating Commercial Disputes,"* (Association of Business Trial Lawyers' *ABTL Report*, Oct.1998); *"Legal Battles...Rude behavior and personal attacks are not a necessary part of the litigation,"* (California Law Business, Nov. 1, 1999)

---

**Areas of Practice** Include:

• employment disputes

• entertainment/public figure matters

• environmental and public policy disputes

• commercial matters involving all nature of business relationships and transactions

• insurance coverage and bad faith disputes

• serious injury claims

# EXHIBIT E

# CERVERIS MEDIATION

**246 NORTH PASS AVENUE**
**BURBANK, CA 91505-3928**

**PH: (818) 760-1047**
**FAX: (818) 861-7102**
**www.CerverisMediation.com**
**Steve@CerverisMediation.com**

## MEDIATOR PROFILE

### BACKGROUND

Steve Cerveris is a full-time independent mediator and principal of CERVERIS MEDIATION as well as an Adjunct Professor of Law at Loyola Law School in Los Angeles. He devoted the first half of his approximately thirty-year legal career to representing Plaintiffs and Defendants as a trial attorney in various areas of litigation. The second half of his career has been exclusively devoted to providing mediation services to those involved in litigated matters. Assisting his clients through the emotionally and economically draining time-consuming challenges of litigation ultimately led him to pursue the field of alternate dispute resolution. Steve's goal was and is to help people embroiled in litigation find a more humane, positive way to resolve conflict!

Steve is a cum laude graduate of the University of California at Los Angeles (UCLA) and received his J.D. degree from Loyola Law School of Los Angeles where he served as both a Writer and Editor on the Loyola Law Review. His litigation career involved serving the County of Los Angeles as a Deputy Public Defender, working for several boutique business litigation and entertainment law firms and ultimately establishing his own law firm where he provided civil litigation trial services.

### SERVICE IN THE FIELD OF ALTERNATE DISPUTE RESOLUTION

In addition to his professional Mediation services, Steve has also dedicated himself to furthering the field of Alternate Dispute Resolution by serving in the following capacities:

- Member of the **Board of Directors of the Southern California Mediation Association (SCMA)** from 2000 through 2004 where he Chaired the "Employment/Workplace" and "Courts" Committees;
- Member of the **Los Angeles Superior Court's Alternate Dispute Resolution Committee** and its "Operations" and "Quality Assurance" Sub-committees from 2001 through 2011;
- -Member of the **California State Bar's Committee on Alternate Dispute Resolution** from 2005 through 2009. Steve was elected to serve as the Chair of the Committee in 2009;
- Frequent speaker on Mediation, having addressed audiences at Bar Associations, Universities, Mediation Organizations, the Los Angeles Superior Court and as a Guest Lecturer at the Constitutional Rights Foundation's Summer Law Institute at UCLA Law School;
- He regularly teaches an Advanced Mediation Training Course at the **Los Angeles County Bar Association's Center for Civic Mediation.**

In 2009, Steve was fortunate to pursue another career passion when he was invited to become an **Adjunct Professor of Law at Loyola Law School in Los Angeles where he teaches a course on Negotiations to third-year law students.**

**MEDIATION CAREER ACHIEVEMENTS**

**Volunteer of the Year Award from the Los Angeles County Board of Supervisors and the Los Angeles County Dispute Resolution Program** for his services as a volunteer mediator with the Los Angeles Superior Court;

Recognized as a **California "Top Neutral"** by the Los Angeles and San Francisco Daily Journal;

Recognized as a **Southern California "SuperLawyer" in the field of Alternate Dispute Resolution** by Law & Politics and Los Angeles Magazines since 2006;

Recognized by his peers in "**Best Lawyers" in America** as referenced in U.S. News & World Report and the Wall Street Journal;

**AV Rating from Martindale & Hubbell**;

**Diplomate Member of the California Academy of Distinguished Neutrals;**

**Distinguished Fellow of the International Academy of Mediators.**

Steve offers his mediation services in a beautifully renovated two-story office building in the Burbank Media District along with his colleague and fellow-mediator, Gig Kyriacou.  Together they have created an outstanding, incredibly comfortable and unique atmosphere particularly conducive to their style of dispute resolution. Steve's patience, persistence, humor and excellent communication skills continue to contribute to his success and effectiveness as one of California's "Top Neutrals."

# EXHIBIT F

**Coronavirus (COVID-19) Advisory for JAMS Visitors**   READ MORE

✕





# Deborah Crandall Saxe, Esq.

# Biography

Before becoming a full-time neutral, **Deborah Crandall Saxe, Esq.** was a litigator and appellate lawyer at Jones Day, Heller Ehrman, and Seyfarth Shaw for more than 30 years. When she was practicing law, she was lead counsel in litigation matters resulting in more than 30 reported court decisions. She litigated cases before state and federal trial courts, the California Court of Appeal, the United States Courts of Appeals for the Fourth, Sixth, Seventh, Eighth, Ninth, and District of Columbia Circuits, the California Supreme Court, and the United States Supreme Court. Chambers USA called her "an aggressive and highly capable litigator" with "substantial experience in the courtroom as a trial lawyer." More recently, Chambers USA called her a "talented mediator."

Ms. Saxe is highly regarded and well-respected. She is a quick study, prepared, personable, approachable, creative, and flexible. As an arbitrator, she is known to be fair, practical, unflappable, and not afraid to make tough decisions. As a mediator, she is strong, good at listening and reading people, and a tenacious closer. She is known for her ability to quickly establish rapport with parties and counsel and enable them to recognize their legal risks. The perspective gained from her extensive trial and appellate court experience allows her to offer valuable insights as to how a case is likely to proceed in the courts and how it is likely to appear to a judge and jury.

# ADR Experience and Qualifications

- Has mediated and arbitrated legal disputes for decades, first as an advocate and later as a mediator and arbitrator
- Began serving as a neutral on a part-time basis in January 2007 (while a partner at Jones Day)
- Full-time neutral since July 2012
- Extensive trial and appellate court experience as an advocate
- Extensive mediation and arbitration training through Straus Institute of Dispute Resolution, JAMS, AAA, and other organizations
- Has mediated and arbitrated hundreds of cases
- Has served as Chair of a tripartite panel of arbitrators

# Representative Matters

**Contract disputes**, including those involving:

- Executive employment contracts
- Law firm and other partnership agreements
- Non-disclosure agreements
- Confidentiality and trade secrets agreements
- Inventions agreements
- Independent contractor agreements
- Consulting agreements
- Severance pay contracts
- Release agreements
- Corporate transactional documents

**Business torts**, including those involving:

- Invasion of privacy, including alleged misappropriation of voice and likeness
- Intentional and negligent infliction of emotional distress
- Interference with contractual relations
- Interference with prospective economic advantage
- Defamation
- Fraud

**Attorneys' fees disputes**

**Employee pension and health insurance matters**, including those involving:

- Vesting of benefits in defined contribution pension plans
- Withdrawal liability under the Multiemployer Pension Plan Amendments Act (MEPPA)
- Withdrawals from multiple employer pension plans
- Whether private sector employers with collective bargaining agreements providing for retiree health insurance had right to change or terminate retiree health insurance plan for employees who already had retired
- Whether public sector school district with collective bargaining agreements providing for lifetime retiree health insurance for its teachers had right to alter deductibles, premium payments, and/or covered benefits for teachers who already had retired
- ERISA class action alleging partial termination of pension plan

**Labor and employment matters of all kinds**, including those involving:

- Employment discrimination
- Harassment
- Retaliation
- Reasonable accommodation
- Leaves of absence
- Wage and hour issues arising under the Fair Labor Standards Act (FLSA), the California Labor Code (including PAGA), California's Wage Orders, and California Business & Professions Code §§ 17200, *et seq.*
- The Family and Medical Leave Act (FMLA), the California Family Rights Act (CFRA), and the California Pregnancy Disability Leave Law (PDL)
- Non-compete agreements (including issues arising under California Business & Professions Code §§ 16600, et seq.)
- California Labor Code § 1102.5
- Employee raiding
- Alleged misappropriation of trade secrets under the Uniform Trade Secrets Act
- Wrongful termination in violation of public policy

## Honors, Memberships, and Professional Activities

- Listed in *Best Lawyers in America*, 2005-2017, 2019, 2020
- Recognized as a Southern California Super Lawyer, Alternative Dispute Resolution category, 2019, 2020
- Recognized as a Southern California Super Lawyer, Top 50 Women, 2019
- Fellow, Chartered Institute of Arbitrators, 2014-present
- Fellow, International Academy of Mediators, 2015-present
- Fellow, College of Labor & Employment Lawyers, 2001-present
- Ranked by *Chambers USA* as a "leading lawyer" in employment law, 2004-2012
- Identified as one of the 100 Most Powerful Labor & Employment Lawyers in the Nation, 2010, 2011, 2012
- Recognized by peers as a Southern California SuperLawyer in the field of ADR, 2014-2017
- Recognized by peers as one of the Top 50 Women SuperLawyers in L.A. and Orange Counties for 10 consecutive years, 2004-2013
- Recognized by peers as one of the Top 100 SuperLawyers in L.A. and Orange Counties, 2010
- Member, American Bar Association, Labor & Employment Law Section, 39 years
- Member, American Bar Association, Dispute Resolution Section, 6 years
- Member, California Bar Association, Labor & Employment Law Section, 32 years
- Trustee, Los Angeles County Bar Association (LACBA), 2005-2008 and 2010-2013; Member, 32 years
- Chair, LACBA Labor & Employment Law Section, 2002-2003; Member 32 years
- Associate Member, California Employment Lawyers Association (CELA), 2012-present
- Member, Board of Governors, Women Lawyers Association of Los Angeles (WLALA), 2012-2013
- Lifetime Member, WLALA
- Associate (neutral) member, California Employment Lawyers Association (CELA)
- Listed in Marquis' *Who's Who in America, Who's Who of American Women*, and *Who's Who in the World*

**ADR Profile**

- "Speedy Synthesizer," ADR Profile, *Daily Journal*, May 27, 2016

## Background and Education

- Full-time neutral since July 2012 (part-time since January 2007 - July 2012)
- Partner, Jones Day, 1988-1996 and 2006-2012
- Shareholder, Heller Ehrman, 1997-2005
- Associate, Jones Day, 1983-1987
- Associate, Seyfarth Shaw, 1978-1983
- J.D., UCLA School of Law, 1978 (Member, *UCLA Law Review*)
- M.A., Comparative Literature, UCLA, 1973
- B.A., English Language & Literature, *magna cum laude*, Penn State, 1971

- B.A., Russian Language & Literature, *cum laude*, Penn State, 1971

Available nationwide ›

**Disclaimer**

This page is for general information purposes.  JAMS makes no representations or warranties regarding its accuracy or completeness.  Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More