# UNITED STATES DISTRICT COURT

CENTRAL **District of** CALIFORNIA

NADINE JARRARD, an individual

Plaintiff(s),

V.

G/O MEDIA, INC., a Corportion; and DOES 1 - 50, inclusive

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-09557-JAK-RAO

Notice is hereby given that, subject to approval by the court, G/O Media, Inc. substitutes
(Party(s) Name)

Mark R. Attwood , State Bar No. 122992 as counsel of record in
(Name of New Attorney)

place of Cozen O. Connor, Nicole H. Perkin and Michele Miller .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Jackson Lewis P.C.
Address:       725 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017
Telephone:     (213) 689-0404         Facsimile  (213) 689-0430
E-Mail (Optional):  Mark.Attwood@jacksonlewis.com

I consent to the above substitution.

Date: 4/27/2020

*Kai Falkenberg*

Kai Falkenberg, General Counsel, G/O Media Inc.
(Signature of Party(s))

I consent to being substituted.

Date: 4/27/2020

/s/*Nicole H. Perkin*
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 4/27/2020

/s/*Mark R. Attwood*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**