Claire E. Cochran (SBN 222529)
claire@clairecochranlegal.com
Kimberly Cole (SBN 217780)
kim@clairecochranlegal.com
THE LAW OFFICES OF CLAIRE COCHRAN
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 580-6019

Attorneys for Plaintiff
NADINE JARRARD

Mark R. Attwood (SBN 122992)
Mark.Attwood@jacksonlewis.com
Jessica C. Gregg (SBN 276543)
Jessica.Gregg@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
G/O MEDIA, INC.

# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>G/O MEDIA, INC., and DOES 1 through 50, Inclusive,<br><br>       Defendants. | **CASE NO.: 2:19-cv-09557-JAK-RAO**<br><br>Judge:     Hon. John A. Kronstadt<br><br>**JOINT STATUS REPORT RE: MEDIATION**<br><br>Complaint Filed:   September 16, 2019<br>FAC Filed:         October 18, 2019 |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

On March 2, 2020, the Court ordered that this matter be submitted to private mediation by June 12, 2020. [Dkt. 19]. On March 18, 2020 the parties submitted a Joint Report re Mediation indicating they were unable to agree upon a mediator and each party

1  providing three proposed mediators.  [Dkt. 23].  Upon substitution of counsel, the parties
2  were able to meet and confer and agree upon a mediator and have a confirmed mediation
3  set for July 2, 2020.   [Dkt. 25, 26].
4       The parties respectfully ask that the deadlines related to the mediation, including
5  the Post-Mediation Status Conference currently set for June 29, 2020 be continued for 14
6  days to allow the parties to complete their scheduled mediation.

                                                               Respectfully submitted,

Dated:  June 5, 2020           THE LAW OFFICES OF CLAIRE COCHRAN

                                           By:   /s/ Claire E. Cochran
                                                  Claire E. Cochran
                                                  Kimberly Cole

                                                  Attorneys for Plaintiff
                                                  NADINE JARRARD

Dated:  June 5, 2020           JACKSON LEWIS P.C.

                                           By:   /s/ Mark R. Attwood
                                                  Mark R. Attwood
                                                  Jessica C. Gregg

                                                  Attorneys for Defendant
                                                  G/O MEDIA, INC.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to THE LAW OFFICES OF CLAIRE COCHRAN, counsel for Plaintiff NADINE JARRARD and that I have obtained Claire Cochran's authorization to affix her electronic signature to this document.

DATED:  June 5, 2020                              JACKSON LEWIS P.C.


                                             By:    /s/ Mark R. Attwood
                                                    Mark R. Attwood
                                                    Jessica C. Gregg

                                                    Attorneys for Defendant
                                                    G/O MEDIA, INC.

4820-7902-9951, v. 1