UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-09557 JAK (RAOx) | Date | June 15, 2020 |
|---|---|---|---|
| Title | Nadine Jarrard v. G/O Media, Inc. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE JOINT STATUS REPORT RE MEDIATION (DKT. 35) / ORDER CONTINUING POST MEDIATION STATUS CONFERENCE**

Based on a review of the Joint Status Report re Mediation (the "Joint Report" (Dkt. 35)), sufficient good cause has been shown to continue mediation-related deadlines. Therefore, the Post Mediation Status Conference is continued from June 29, 2020, at 11:30 a.m., to July 13, 2020, at 11:30 a.m. The last day to complete settlement conference is continued from June 12, 2020, to July 2, 2020. On or before July 3, 2020, the parties shall file a notice of settlement or joint report re settlement.

The parties filed the Joint Report with a request for continuation of mediation-related deadlines, but the parties did not present a proposed order. For future joint requests for continuation of deadlines or hearings, the parties shall file a stipulation and proposed order in compliance with the Standing Order. Dkt. 10 at 4-5.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | cw |