```
 1  Claire E. Cochran
    claire@clairecochranlegal.com
 2  Kimberly Cole
    kim@clairecochranlegal.com
 3  THE LAW OFFICES OF CLAIRE COCHRAN
    100 Pine Street, Suite 1250
 4  San Francisco, California 94111
 5  Telephone: (415) 580-6019

 6  Attorneys for Plaintiff
    NADINE JARRARD
 7

 8  Mark R. Attwood (SBN 122992)
    Mark.Attwood@jacksonlewis.com
 9  Jessica C. Gregg (SBN 276543)
    Jessica.Gregg@jacksonlewis.com
10  JACKSON LEWIS P.C.
    725 South Figueroa Street, Suite 2500
11  Los Angeles, California  90017-5408
    Telephone:  (213) 689-0404
12  Facsimile:  (213) 689-0430

13  Attorneys for Defendant
    G/O MEDIA, INC.
14
```

# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>G/O MEDIA, INC., and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | **CASE NO.: 2:19-cv-09557-JAK-RAO**<br><br>**POST MEDIATION JOINT STATUS REPORT**<br><br>Complaint Filed:  September 16, 2019<br>FAC Filed:  October 18, 2019 |

Pursuant to the Court's Orders of March 2, 2020 and June 16, 2020 [Dkt. 35, 36], Plaintiff Nadine Jarrard and Defendant G/O Media, Inc. hereby submit this Joint Status Report Regarding Settlement. The parties conducted mediation of this matter before Michael Loeb on July 2, 2020. The parties were unable to reach a resolution. Mr. Loeb proposed a further mediation be held after completion of further pertinent discovery.

Respectfully submitted,

Dated: __July 2, 2020_   THE LAW OFFICES OF CLAIRE COCHRAN

By: _____
Claire E. Cochran
Kimberly Cole

Dated: ___July 2, 2020_____   JACKSON LEWIS P.C.

By:  /s/Jessica C. Gregg_____
Mark R. Attwood
Jessica C. Gregg

Attorneys for Defendant
G/O MEDIA, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to THE LAW OFFICES OF CLAIRE COCHRAN, counsel for Plaintiff NADINE JARRARD and that I have obtained Claire Cochran's authorization to affix her electronic signature to this document.

DATED: June 4, 2020               JACKSON LEWIS P.C.

                                  By:   /s/ Mark R. Attwood
                                        Mark R. Attwood
                                        Jessica C. Gregg

                                        Attorneys for Defendant
                                        G/O MEDIA, INC.