

**FILED**
CLERK, U.S. DISTRICT COURT

8/10/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual, | No. 2:19-cv-09557-JAK (RAOx) |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT STIPULATION TO CONTINUE DATES (DKT. 39)** |
| G/O MEDIA, INC., and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Based on a review of the parties' Joint Stipulation to Continue Dates (the "Stipulation" (Dkt. 39)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Discovery Cut Off | August 31, 2020 | November 30, 2020 |
| Motion for Summary Judgment Deadline / Motion Cut Off | October 19, 2020 | January 19, 2021 |

**IT IS ORDERED.**

Dated:  August 10, 2020     _____

John A. Kronstadt
United States District Judge