UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>G/O MEDIA, INC., and DOES 1 through 50, Inclusive,<br><br>        Defendants. | No. 2:19-cv-09557-JAK (RAOx)<br><br>**ORDER RE JOINT STIPULATION REGARDING CONTINUING AND RESCHEDULING DEPOSITIONS BASED ON UNAVAILABILITY OF COUNSEL (DKT. 58)** |

Based on a review of the Joint Stipulation Regarding Continuing and Rescheduling Depositions Based on Unavailability of Counsel (the "Stipulation" (Dkt. 58)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The January 18, 2021 Discovery Cut-Off date shall be continued until February 15, 2021 solely for the purpose of completing the following open and remaining discovery: (i) Defendant's Responses to Plaintiffs Request for Production of Documents (Set Two) (with responses to be provided by Defendant no later than January 15, 2021); (ii) the depositions of Nadine Jarrard, Angela Persaud, Steve Thompson, Tom Callahan, Jim Spanfeller and Michael McAvoy. No other discovery shall be reopened or served. Furthermore, the pretrial deadlines are continued as follows:

| Event | Current Date | Continued Date |
| --- | --- | --- |
| Initial Expert Disclosures | January 18, 2021 | February 18, 2021 |
| Rebuttal Expert Disclosures | February 1, 2021 | March 1, 2021 |
| Expert Discovery Cut-Off | February 15, 2021 | March 15, 2021 |
| Last day to file All Motions (including discovery motions) | February 22, 2021 | March 22, 2021 |

**IT IS SO ORDERED.**

Date: January 12, 2021

John A. Kronstadt
United States District Judge