Claire E. Cochran
claire@clairecochranlegal.com
THE LAW OFFICES OF CLAIRE COCHRAN
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 580-6019

Attorneys for Plaintiff
NADINE JARRARD

Mark R. Attwood (SBN 122992)
Mark.Attwood@jacksonlewis.com
Jessica C. Gregg (SBN 276543)
Jessica. Gregg@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
G/O MEDIA, INC.

## THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>G/O MEDIA, INC., and DOES 1 through 50, Inclusive,<br><br>        Defendants. | **CASE NO.: 2:19-cv-09557-JAK-RAO**<br><br>[Hon. John A. Kronstadt]<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  September 16, 2019<br>FAC Filed:  October 18, 2019 |

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a) (1)(A)(ii).  Each party shall bear his or its own fees and costs.

Respectfully submitted,

Dated:  February 17, 2021          LAW OFFICES OF CLAIRE E. COCHRAN PC

By:   /s/ Claire E. Cochran
      Claire E. Cochran

      Attorneys for Plaintiff
      NADINE JARRARD

Dated:  February 17, 2021          JACKSON LEWIS P.C.

By:   /s/Jessica C. Gregg
      Mark R. Attwood
      Jessica C. Gregg

      Attorneys for Defendant
      G/O MEDIA, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.


Dated:  February 17, 2021              JACKSON LEWIS P.C.


                                 By:    /s/Jessica C. Gregg
                                        Mark R. Attwood
                                        Jessica C. Gregg

                                        Attorneys for Defendant
                                        G/O MEDIA, INC.