UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE JARRARD, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>G/O MEDIA, INC., and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | **No. 2:19-cv-09557-JAK (RAOx)**<br><br>**ORDER RE STIPULATED DISMISSAL WITH PREJUDICE (DKT. 61)**<br><br>JS-6 |

1 | Based on a review of the Stipulated Dismissal with Prejudice (the "Stipulation" (Dkt. 61)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice as to all parties and claims. Each party shall bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 19, 2021

_____
John. A. Kronstadt
United States District Judge